THE PEOPLE OF THE STATE OF NEW YORK ex rel. 103RD STREET & WEST END AVENUE, INC., Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents.

*Per Curiam.* We deem that Special Term failed to give sufficient consideration to the persuasive nature of the evidence concerning the income-producing capacity of the property involved herein during the years in question. Taking all the evidence into consideration, we find that the assessments should be modified by further reducing them as follows:

|        | Land      | Building  | Total     |
|--------|-----------|-----------|-----------|
| 1941–42 | $174,000  | $650,000  | $824,000  |
| 1942–43 | 168,000   | 625,000   | 793,000   |

The order, so far as appealed from, should be modified accordingly, and as so modified affirmed, with twenty dollars costs and disbursements to the relator.

Present — Townley, Untermyer, Dore, Cohn and Callahan, JJ.

Order, so far as appealed from, unanimously modified in accordance with opinion, and as so modified affirmed, with twenty dollars costs and disbursements to the relator-appellant. Settle order on notice.